UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACK and RENEE BEAM,

        Plaintiffs,        Civil Action No. 07-cv-1227
                                      Honorable Rebecca R. Pallmeyer

vs.

ALBERTO R. GONZALES, UNITED
STATES ATTORNEY GENERAL, AND
ROBERT LENHARD, FEDERAL ELECTION
COMMISSION CHAIRMAN,
In their official capacities,
        Defendants.
_____/
MICHAEL R. DEZSI (P64530)
Counsel for Plaintiffs
FIEGER, FIEGER, KENNEY & JOHNSON, P.C.,
19390 W. Ten Mile Rd.
Southfield, MI 48075
(248) 355-5555
_____/

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiffs' *Motion to Strike Defendant's Second Motion for Summary Judgment* will be presented to the Honorable Rebecca R. Pallmeyer on **Tuesday, April 6, 2010.**

        Respectfully submitted,
FIEGER, FIEGER, KENNEY, JOHNSON, & GIROUX, P.C.

        \s\ Michael R. Dezsi
        Michael R. Dezsi (P64530)
        Attorney for Plaintiffs
        19390 W. Ten Mile Road
        Southfield, Michigan 48075
        (248) 355-5555
        m.dezsi@fiegerlaw.com

Dated: April 1, 2010

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 1, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

                                                s/ Michael R. Dezsi
                                                Michael R. Dezsi (P64530)
                                                Fieger, Fieger, Kenney, Johnson & Giroux, P.C.
                                                19390 W. Ten Mile Road
                                                Southfield, Michigan 48075
                                                (248) 355-5555
                                                m.dezsi@fiegerlaw.com