# United States District Court
## Northern District of Illinois
### Eastern Division

Jack Beam, et al                        **JUDGMENT IN A CIVIL CASE**

       v.                                        Case Number: 07 C 1227

Matthew S. Petersen

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court enters judgment in favor of Defendant. Accordingly, Plaintiffs' request for statutory damages is denied.

                                                 Michael W. Dobbins, Clerk of Court

Date: 9/30/2010                             _____
                                                 /s/ Ena T. Ventura, Deputy Clerk